IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANET MCNAIR, § | |
| § | |
| Petitioner, § | |
| vs. § | CIVIL ACTION H-05-3021 |
| § | |
| JOYCE FRANCIS, § | |
| WARDEN OF FEDERAL § | |
| PRISON CAMP AT BRYAN, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 15, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P \CASES\2005\05-3021 B02 wpd